UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| Case No. | CV 12-6200 DSF (VBKx) | Date | 8/30/12 |
|---|---|---|---|
| Title | Great American Insurance Co. v. Delmac Construction & Development, Inc., et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (In Chambers) Order DISMISSING Case for Lack of Subject Matter Jurisdiction

  The complaint in this case alleges subject matter jurisdiction based on diversity. However, the citizenship of one or more limited liability companies is not adequately pleaded.  <u>Johnson v. Columbia Props. Anchorage, LP</u>, 437 F.3d 894, 899 (9th Cir. 2006) (limited liability company is a citizen of the states of which each of its members is a citizen).  Therefore, the Court's subject matter jurisdiction has not been established, and the case is DISMISSED without prejudice.

  IT IS SO ORDERED.