JS 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

GREAT AMERICAN INS. CO.,                    )          Case No.:  CV 12-6200 DSF (VBKx)
                                            )
             Plaintiff,                  )
                                            )
    vs.                                    )          JUDGMENT
                                            )
DELMAC CONSTRUCTION &                       )
DEVELOPMENT, INC., et al.,                  )
                                            )
           Defendants.                 )
                                            )
_____

    The Court having determined that it lacks subject matter jurisdiction over this action,

    IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed without prejudice, and that defendants recover just costs pursuant to 28 U.S.C. § 1919.

1   Dated: 8-30-12

2                                    _____
                                     Dale S. Fischer
3                                    United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28