JS 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INS. CO., | Case No.: CV 12-6200 DSF (VBKx) |
| Plaintiff, | |
| vs. | |
| | JUDGMENT |
| DELMAC CONSTRUCTION & DEVELOPMENT, INC., et al., | |
| Defendants. | |

The Court having determined that it lacks subject matter jurisdiction over this action,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed without prejudice, and that defendants recover just costs pursuant to 28 U.S.C. § 1919.

1  Dated: 8-30-12

                                              Dale S. Fischer
                                  United States District Judge